IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | |
|---|---|
| MICHAEL JONES | § |
| VS. | §    CIVIL ACTION NO. 5:08cv6 |
| FEDERAL BUREAU OF PRISONS | § |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Michael Jones, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

Petitioner has filed two motions seeking a preliminary injunction (doc. nos. 3 and 4). The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motions be denied as moot.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings and all available evidence. No objections to

the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  Petitioner's motions for a preliminary injunction are **DENIED** as moot.

**SIGNED this 29th day of August, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE